UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL BROWN,

                Plaintiff,

-vs-                                                      Case No. 2:11-cv-474-FtM-36SPC

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.
_____/

**ORDER**

       This matter comes before the Court on Plaintiff's Motion for a Case Management Order or Conference (Doc. #3) filed on August 24, 2011. This Motion was filed in the Small Claims Court of the Twentieth Judicial Circuit on July 21, 2011, prior to the time that this case was removed to this Court on August 24, 2011. The Motion requests the Court to enter a Case Management Order. The Motion is due to be denied. Pursuant to Local Rule 3.05, the Clerk of Court will soon notify the parties as to what track this case will be designated. Upon issuance of that notice, in accordance with Local Rule 3.05, the parties will have a period of time to prepare and file a joint case management report for the Court's consideration. Therefore, an entry of a case management order is inappropriate at this point in time.

       Accordingly, it is now **ORDERED:**

       Plaintiff's Motion for a Case Management Order or Conference (Doc. #3) is **DENIED**.

       **DONE AND ORDERED** at Fort Myers, Florida, this   28th   day of August, 2011.

                                                            SHERI POLSTER CHAPPELL
                                                           UNITED STATES MAGISTRATE JUDGE

Cpies: All Parties of Record